UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KEVIN GOMEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEIDA, et al.,<br><br>    Defendants. | 1:04-CV-05495-OWW-LJO-P<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br><br>(Doc. 11) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 30, 2006, plaintiff filed a motion for an extension of time to file an amended complaint, pursuant to the court's order of October 2, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   November 21, 2006**          /s/ Lawrence J. O'Neill
b6edp0                                                    UNITED STATES MAGISTRATE JUDGE