IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY K. GOMEZ, | ) | 1:04-cv-05495-LJO-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER FOR PLAINTIFF TO COMPLY |
| | ) | WITH ORDER OF JANUARY 28, 2009 |
| vs. | ) | WITHIN THIRTY DAYS |
| | ) | (Doc. 27.) |
| EDWARD S. ALAMEIDA, JR., et al., | ) | |
| | ) | THIRTY DAY DEADLINE TO FILE FOURTH |
| Defendants. | ) | AMENDED COMPLAINT |
| | ) | |

On January 28, 2009, the court issued an order requiring plaintiff to file a Fourth Amended Complaint within thirty days, curing the deficiencies identified by the Court upon screening of the Third Amended Complaint. (Doc. 27.) On February 25, 2009, plaintiff appealed the court's order to the Ninth Circuit Court of Appeals. (Doc. 28.) On April 28, 2009, the Ninth Circuit Court issued an order dismissing plaintiff's appeal for lack of jurisdiction. (Doc. 30.)

Plaintiff shall be granted thirty additional days in which to comply with the court's order of January 28, 2009. Within thirty days, plaintiff is required to file a Fourth Amended Complaint, curing the deficiencies found by the court in the Third Amended Complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of service of this order, plaintiff shall file a Fourth Amended Complaint, pursuant to the court's order of January 28, 2009; and

2. Failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **May 7, 2009**        **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE