IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY K. GOMEZ, | 1:04-cv-05495-LJO-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 48.) |
| EDWARD S. ALAMEIDA, JR., et al., | ORDER FOR THIS CASE TO PROCEED ON THE FOURTH AMENDED COMPLAINT AGAINST DEFENDANT D. D. ORTIZ FOR RETALIATION, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS WITHOUT LEAVE TO AMEND |
| Defendants. | |

Jeffrey K. Gomez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 16, 2010, findings and recommendations were entered, recommending that this action proceed on the Fourth Amended Complaint against only Defendant D. D. Ortiz on Plaintiff's claim for retaliation, and that all other claims and defendants be dismissed without leave to amend. (Doc. 48.) On February 11, 2011, Plaintiff filed objections to the findings and recommendations. (Doc. 51.) Together with the objections, Plaintiff brings a motion for counsel, a motion for in camera review, and a motion for recusal. Id.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including

1

1  Plaintiff's objections, the Court finds the findings and recommendations to be supported by the
2  record and proper analysis.  Plaintiff's motion for counsel, motion for in camera review, and motion
3  for recusal shall be referred back to the Magistrate Judge.
4        Accordingly, THE COURT HEREBY ORDERS that:
5  1.    The Findings and Recommendations issued by the Magistrate Judge on November 16,
6      2010, are ADOPTED in full;
7  2.    This action now proceeds on Plaintiff's Fourth Amended Complaint, filed on August
8      14, 2009, against only Defendant D. D. Ortiz on Plaintiff's claim for retaliation;
9  3.    All remaining claims and defendants are DISMISSED from this action without leave
10     to amend;
11 4.    Plaintiff's claims arising from events occurring at San Quentin State Prison and
12     Salinas Valley State Prison are DISMISSED from this action for lack of venue;
13 5.    Plaintiff's ADA claims are DISMISSED from this action under Rule 18, without
14     prejudice to raising those claims in a separate action;
15 6.    Plaintiff's claims arising from events occurring after March 29, 2004, are
16     DISMISSED from this action;
17 7.    Plaintiff's due process claims, supervisory liability claims, claims against defendants
18     in their official capacities, claims for inadequate appeals process, equal protection
19     claims, claims for failure to protect, and claims for declaratory and injunctive relief
20     are DISMISSED from this action based on Plaintiff's failure to state a claim upon
21     which relief may be granted;
22 8.    All other named defendants and the twenty Doe defendants are DISMISSED from
23     this action for Plaintiff's failure to state a claim upon which relief may be granted
24     against them;
25 9.    This action is REFERRED back to the Magistrate Judge for further proceedings,
26     including service of process; and
27
28

1     10.     Plaintiff's motion for counsel, motion for in camera review, and motion for recusal, filed on February 11, 2011 along with Plaintiff's objections to the findings and recommendations, are REFERRED back to the Magistrate Judge.

IT IS SO ORDERED.

Dated:    February 24, 2011            /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE