UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY K. GOMEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDWARD S. ALAMEIDA, JR., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 1:04-cv-05495-LJO-GSA-PC <br><br> ORDER DENYING REQUEST FOR <br> IN CAMERA REVIEW AS MOOT |

Jeffrey K. Gomez ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on the Fourth Amended Complaint, filed on August 14, 2009, against defendant D. D. Ortiz on Plaintiff's claim for retaliation.[1] On February 11, 2011, Plaintiff requested the Court to conduct an in camera review of memos used to determine Plaintiff's validation as a gang associate. In light of the fact that Plaintiff's claims related to his gang validation were dismissed from this action on February 24, 2011, IT IS HEREBY ORDERED that Plaintiff's request for in camera review is DENIED as moot.

IT IS SO ORDERED.

Dated:   **February 25, 2011**          /s/ **Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

---

[1] On February 24, 2011, the Court issued an order dismissing all other claims and defendants from this action based on Plaintiff's failure to state a claim. (Doc. 52.)

1