UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY K. GOMEZ, | ) | 1:04-cv-05495-LJO-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION FOR |
| | ) | COURT ORDER DIRECTING PRISON |
| v. | ) | TO PROVIDE PLAINTIFF ACCESS TO |
| | ) | THE LAW LIBRARY, AND GRANTING |
| EDWARD S. ALAMEIDA, JR., et al., | ) | EXTENSION OF TIME TO SUBMIT |
| | ) | SERVICE DOCUMENTS |
| | ) | (Doc. 59.) |
| Defendants. | ) | |
| | ) | TWENTY DAY DEADLINE |
| _____ | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2011, Plaintiff filed a motion for a court order directing the prison to allow him access to the law library, to enable him to comply with court orders in this action. (Doc. 10.) Plaintiff also requested an extension of time to return service documents to the court. Id.

The court recognizes that prison administrators "should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security." Whitley v. Albers, 475 U.S. 312, 321-322 (1986) (quoting Bell v. Wolfish, 441 U.S. 520, 547 (1970). Accordingly, the court shall defer to the prison's policies and practices in granting access to the law library. Moreover, Plaintiff does not presently require access to the law library to comply with court orders in this action. Plaintiff's only

1

pending deadline pursuant to a court order in this action is to complete the information on the service documents which were mailed to him on February 25, 2011, and return them to the court. No legal research is required to complete the service information. Plaintiff shall be granted twenty days in which to return the service documents.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a court order directing the prison to allow him access to the law library is DENIED;
2. Plaintiff's motion for extension of time to submit service documents is GRANTED;
3. Plaintiff is granted twenty days from the date of service of this order in which to comply with the court's order of February 25, 2011 and return the completed service documents to the court; and
4. **No further extensions of time shall be granted without a showing of good cause**.

IT IS SO ORDERED.

Dated:   **April 21, 2011**                          **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE

2