IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KEVIN GOMEZ, | 1:04-cv-05495-LJO-GSA (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF LEAVE TO WITHDRAW OPPOSITION AND FILE AMENDED OPPOSITION |
| vs. | (Doc. 98.) |
| EDWARD S. ALAMEIDA, JR., et al., | THIRTY DAY DEADLINE |
| Defendants. | |

## I.  BACKGROUND

Jeffrey Kevin Gomez ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds with Plaintiff's Fourth Amended Complaint filed on August 14, 2009, against defendant D. Ortiz ("Defendant") for retaliation in violation of the First Amendment.[1] (Doc. 46.) On August 20, 2012, Defendant filed a motion for summary judgment, which is now pending. (Doc. 89.) On October 15, 2012, Plaintiff filed an opposition. (Doc. 96.) On October 22, 2012, Defendant filed a reply. (Doc. 100.)

On October 18, 2012, Plaintiff filed a motion for leave to file a supplemental opposition to the motion for summary judgment. (Doc. 98.) Plaintiff cites difficulties in gaining access to the law library and obtaining legal materials and copywork.

---

[1] On February 24, 2011, the Court dismissed all other claims and defendants from this action, based on lack of venue, violation of Rule 18, and failure to state a claim upon which relief may be granted. (Doc. 52.)

1

## II. DISCUSSION

The Court finds good cause to allow Plaintiff to withdraw his prior opposition and file an Amended Opposition. The Court will not consider multiple oppositions, however, and Plaintiff has two options upon receipt of this order. Plaintiff may either (1) stand on his previously-filed opposition filed on October 15, 2012, or (2) withdraw it and file an Amended Opposition. The Amended Opposition, if any, must be complete in itself and must not refer back to any of the opposition documents Plaintiff filed on October 15, 2012. L.R. 220.[2]

## III. CONCLUSION

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to allow further briefing by Plaintiff in opposition to Defendant's motion for summary judgment is GRANTED;

2. Plaintiff may, within **thirty (30) days** from the date of service of this order, withdraw his opposition and file an Amended Opposition to Defendants' motion for summary judgment of August 20, 2012;

3. If Plaintiff does not file an Amended Opposition in response to this order, his existing opposition, filed on October 15, 2012, will be considered in resolving Defendant's motion for summary judgment; and

4. If Plaintiff elects to file an Amended Opposition, Defendants may file a reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

**Dated:   October 26, 2012**            /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

---

[2] Local Rule 220 provides, in part: "Unless prior approval to the contrary is obtained from the Court, every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading."

2