IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY KEVIN GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>　　　　Defendants.<br>_____/ | 1:04-cv-05495-LJO-GSA (PC)<br><br>ORDER GRANTING REQUEST BY ATTORNEY KOSLA TO BE REMOVED AS DEFENSE COUNSEL<br>(Doc. 99.)<br><br>ORDER FOR CLERK TO REMOVE ATTORNEY KOSLA FROM LIST OF DEFENSE COUNSEL TO BE NOTICED |

Jeffrey Kevin Gomez ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds with Plaintiff's Fourth Amended Complaint filed on August 14, 2009, against defendant D. Ortiz ("Defendant"), for retaliation in violation of the First Amendment.[1] (Doc. 46.)

On October 22, 2012, Attorney Martin Kosla filed a request to be removed as counsel for Defendant. (Doc. 99.) Attorney Kosla asserts that there are other attorneys from his law firm who are counsel in this case. A review of the court's record shows three attorneys from the law firm Burke, Williams & Sorensen, including Attorney Kosla, listed as counsel of record for Defendant. Attorney Kosla's request shall be granted.

---

[1] On February 24, 2011, the Court dismissed all other claims and defendants from this action, based on lack of venue, violation of Rule 18, and failure to state a claim upon which relief may be granted. (Doc. 52.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. Attorney Martin Kosla's request to be removed as counsel for Defendant is GRANTED; and
2. The Clerk is DIRECTED to remove Attorney Kosla's name from the list of defense counsel to be noticed by the Court.

IT IS SO ORDERED.

**Dated:** **October 26, 2012**            **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE